E-FILED
Monday, 31 July, 2006 03:13:03 PM
Clerk, U.S. District Court, ILCD

United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ALLEN J. HOOD

**FILED**

JUL 3 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CRIMINAL COMPLAINT

CASE NUMBER: 06-Mj-6033

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about July 28, 2006 in Peoria county, in the Central District of Illinois defendant,

(Track Statutory Language of Offense)

ALLEN J. HOOD, did knowingly possess with the intent to distribute more than five grams of a mixture and substance containing cocaine base, crack,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

I further state that I am a(n) Federal Task Force Officer, DEA and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.
Continued on the attached sheet and made a part hereof:   ☒ Yes ☐ No

s/ Agent
Signature of Complainant
JOHN COUVE
Federal Task Force Officer

Sworn to before me and subscribed in my presence,

July 31, 2006    at    Peoria, Illinois
Date                    City and State

John A. Gorman
United States Magistrate Judge    s/John A. Gorman
Name & Title of Judicial Officer    Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF COMPLAINT

1. Complainant has been a police officer with the City of Peoria for the past seventeen years and is currently assigned to the Special Investigations Division, Vice and Narcotics Unit. Complainant has attended basic law enforcement classes and a Cook County Multi-County Enforcement Group (MEG) forty hour basic narcotics investigation school. Complainant was sworn in as a Federal Task Force Officer with the DEA in Springfield, Illinois in October 2004.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Allen J. HOOD. The unlawful activities are the possession with intent to distribute more than five grams of a mixture and substance containing cocaine base, crack, in violation of Title 21 U.S.C., Section 841 (a)(1) and (b)(1)(B).

3. Your affiant is familiar with the following facts based upon your affiant's personal observations and upon information officially supplied to your affiant by other law enforcement agents or the people described in this affidavit.

4. On July 28, 2006, members of the Peoria Police, Special Investigations Division unit had a State Court authorized search warrant for HOOD and his home at 1217 W. Brons, Peoria, Illinois. HOOD was followed from his residence to the area of Northwoods Mall. HOOD met with a white female. Peoria Police Officer Batterham observed the white female hand HOOD what appeared to be money. At this time officers approached HOOD'S vehicle. The white female dropped two clear plastic baggies containing approximately 14.9 grams of powder cocaine. Also located in HOOD'S vehicle was approximately 4.0 grams of powder cocaine and approximately 15.2 grams of crack cocaine.

5. The search warrant at HOOD'S residence was also executed. During a search of the residence, approximately 92 grams of suspected powder cocaine, approximately 1377 grams of cannabis, a 9 mm handgun and a .32 caliber revolver were located.

6. During a further search of the residence, two digital scales and approximately $1,500.00 were also located.  The recovered powder cocaine, crack cocaine and cannabis were all field tested using the Valtox kit and received a positive reaction for the presence of cocaine and cannabis by color respectively.

7. Based on the information in this affidavit, your affiant requests the issuance of a criminal complaint and arrest warrant for Allen J. HOOD.

```
                    s/ Agent
                _____
                   TFO John P. Couve
              Drug Enforcement Administration
```

Sworn to and subscribed to
Before me this date

July 31, 2006

```
         s/John A. Gorman
    _____
    United States Magistrate Judge
    John A. Gorman
    Peoria, Illinois
```