E-FILED
Thursday, 03 August, 2006 01:36:57 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL \_\_\_\_\_ DISTRICT OF \_\_\_\_\_ ILLINOIS

**FILED**
**AUG 03 2006**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

**WARRANT FOR ARREST**

ALLEN J. HOOD

CASE NO. 06-mj-6033

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest \_\_\_\_ALLEN J. HOOD\_\_\_\_, and bring him
Name

forthwith to the nearest magistrate to answer a complaint charging him with possession with intent to distribute

more than five grams of a mixture and substance containing cocaine base, crack,

in violation of Title \_\_\_21\_\_\_ United States Code, Section(s) \_\_841(a)(1) and (b)(1)(B)\_\_.

| John A. Gorman | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

| s/ John A. Gorman | July 31, 2006 in Peoria, Illinois |
|---|---|
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ \_No Bond\_ by \_John A. Gorman, United States Magistrate Judge\_
Name of Judicial Officer

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at Peoria, IL

| Date Received 7-31-6 | Name of Arresting Officer John Couvé | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 7-31-6 | Title of Arresting Officer PPD/DEA | s/Officer |